UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60909-MC-ZLOCH

ADMINISTRATOR,
WAGE AND HOUR DIVISION,
U.S. DEPARTMENT OF LABOR,

    Petitioner,

vs.                                  **FINAL JUDGMENT**

HAROLD BRANDAN,

    Respondent.
_____/

    THIS MATTER is before the Court upon Petitioner Administrator, Wage and Hour Division, U.S. Department of Labor's Petition To Enforce Order Of Administrative Law Judge (DE 1). The Court has carefully reviewed said Petition and the entire court file and is otherwise fully advised in the premises.

    Petitioner argues that Respondent has failed to comply with the Consent Findings And Order (DE 1, Ex. A) entered by Administrative Law Judge Ralph A. Romano. Said Order required Defendant to pay $1,000.00 per month for 35 consecutive months. Petitioner argues that Defendant has failed to make any payments as required by the Order and requests that this Court order the payment of $35,000 pursuant to an acceleration clause. See DE 1, Ex. A, ¶ 11. By prior Order (DE 4), the Court ordered Respondent to show cause why the Petition should not be granted. In his Response (DE 9), Harold Brandan admits the allegations in the Petition and agrees that a Final Judgment should be entered against

him in the amount of $35,000.00, plus interest under 26 U.S.C. § 6621(a)(2).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Petitioner Administrator, Wage and Hour Division, U.S. Department of Labor's Petition To Enforce Order Of Administrative Law Judge (DE 1) be and the same is hereby **GRANTED**; and

2. Pursuant to Rule 58, Final Judgment be and the same is hereby entered in favor of Petitioner Administrator, Wage and Hour Division, U.S. Department of Labor and against Respondent Harold Brandan.  Respondent Harold Brandan is indebted to Pablo March in the amount of $35,000.00 plus interest under 26 U.S.C. § 6621(a)(2) as required by the Consent Findings And Order entered by Administrative Law Judge Ralph A. Romano (DE 1, Ex. A), for all of which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    24th    day of October, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record